UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.1:21-cr-00010-TWP-MJD |
| | ) | |
| LAZARIUS ROBERTSON, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On December 19, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 21, 2022. Defendant appeared in person with his appointed counsel Leslie Wine. The government appeared by William McCoskey, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Katherine Votry-Kundich.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation numbers 1-7.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

**Violation
Number**      **Nature of Noncompliance**

1. **"You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."**

   On July 15, 2022, a search of Mr. Robertson's residence was conducted, and a firearm was located in an entry way closet, where Mr. Robertson admitted to keeping his belongings. Mr. Robertson admitted to handling the firearm.

2. **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

   On July 15, 2022, a search of Mr. Robertson's residence was conducted, and a clear plastic baggie containing cocaine was found in a male's jacket pocket along with a credit card and ID belonging to Mr. Robertson. Mr. Robertson admitted the cocaine belonged to him and was purchased for personal use.

3. **"You shall not commit another federal, state or local crime."**

   On July 15, 2022, Mr. Robertson was arrested, and on July 18, 2022, he was charged with felony counts of Possession of Cocaine and Unlawful Carrying of a Handgun in Marion County, Indiana, under cause 49D32-2207-F5-019209. Mr. Robertson remains in custody on a $60,000.00 surety bond.

4. **"You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."**

   Since beginning supervision in November 2021, Mr. Robertson has failed to maintain fulltime employment. He reported unemployment for approximately six of the eight months he has been on supervision to date.

5. **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

   On March 30, 2022, and April 13, 2022, Mr. Robertson submitted samples for drug screening that tested positively for cocaine.

6. **"You shall submit to substance abuse testing to determine if you have used a prohibited substances to determine compliance with substance**

    abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct tor tamper with the testing methods."

    Mr. Robertson failed to submit samples for drug screening as directed on May 24, 2022; June 17, 2022; June 23, 2022 and June 27, 2022.

  7. **"If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment."**

    Mr. Robertson was assessed a $100.00 special penalty assessment and $1,000.00 fine. To date, he has paid $77.00 towards the special penalty assessment, leaving an outstanding balance of $23.00. Mr. Robertson has failed to make any payments towards his fine.

4. The parties stipulated that:

  (a) The highest grade of violation is a Grade B violation.

  (b) Defendant's criminal history category is III.

  (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The government argued for a sentence of 14 Months. Defendant's counsel argued for 8 months. Defendant requested placement at facility close to Indianapolis.

  The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 Months with no supervised release to follow. The Magistrate Judge will make a recommendation of placement at a facility closest to Indianapolis, Indiana. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

  The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: 12/21/2022

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system